# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO ALFARO BUSTOS, | 1:08-cv-01049-DLB (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO SERVE RESPONDENT WITH COPY OF CONSENT/DECLINE FORM, AND DIRECTING RESPONDENT TO INFORM THE COURT WHETHER RESPONDENT WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This action was transferred to this Court on July 22, 2008, from the United States District Court for the Central District of California, Southern Division. Petitioner consented to Magistrate Judge jurisdiction on August 5, 2008. (Court Doc. 9.)

At this time, Respondent shall be required to notify the Clerk of Court in writing whether or not Respondent will consent to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to send Respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and,

2. Within **fifteen (15)** days of the date of service of this order, Respondent SHALL file with the Court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

Dated:   **August 11, 2008**             **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1