UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO ALFARO BUSTOS,<br><br>             Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent.<br>_____/ | 1:08-cv-01049-AWI-DLB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT<br><br>[Doc. 12] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 12, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 12, 2008, is ADOPTED IN FULL;

1     2.   The Petition for Writ of Habeas Corpus is DENIED; and,

2     3.   The Clerk of the Court is DIRECTED to enter judgment for Respondent.

4   IT IS SO ORDERED.

5   **Dated:**   **October 8, 2008**               /s/ **Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE